IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:16-cr-00201 |
| | ) | Judge Trauger |
| KATHRYN ABBATE | ) | |

## ORDER

The defendant has filed *pro se* a Motion to Terminate Defendant's Supervised Release Term (Docket No. 4), which the court is informed is not opposed by the government. Considering the contents of the motion and all of the relevant factors under U.S.C. § 3553, the court considers the motion well taken, and it is hereby GRANTED. The defendant's term of supervised release shall terminate upon entry of this Order.

It is so **ORDERED**.

ENTER this 16th day of February 2017.

_____
ALETA A. TRAUGER
U.S. District Judge

1